AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nathan, Alison J. | U.S. District Court, Southern District of New York | 08/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | NYU School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | NYU School of Law (teaching income) | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | NYU School of Law Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UVA Law School | April 10, 2017 | Charlottesville, VA | Panel Discussion | Transportation, meals |
| 2. | Cornell Law School | April 17-18, 2018 | Ithaca, NY | Q&A Discussion | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emigrant Direct (cash) | A | Interest | J | T | | | | | |
| 2. Bank of America (cash) | | None | K | T | | | | | |
| 3. Chase (cash) | A | Interest | J | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 6. AIG Focused Div Strat (FDSWX) (formerly SunAmerica Foc Div Strat) | A | Dividend | J | T | | | | | |
| 7. ASG Managed Futures Str Fd (ASFYX) | A | Dividend | | | Sold | 03/10/17 | J | | |
| 8. AQR Long Short Equity Fd I (QLEIX) | A | Distribution | J | T | Buy | 03/10/17 | J | | |
| 9. Baron Real Estate Fund Class INSTL (BREIX) | | None | J | T | | | | | |
| 10. Blackrock Strategic Muni Opportunities Fund Instl (MAMTX) | A | Dividend | | | Sold | 03/10/17 | J | | |
| 11. Boston Partners Global Long Short Fund INSTL CL (BGLSX) | A | Dividend | J | T | | | | | |
| 12. Boston Partners Long / Short Equity Fd Instl (BPLSX) | | None | J | T | | | | | |
| 13. Congress Midcap Growth Fund (IMIDX) | A | Dividend | J | T | | | | | |
| 14. Delaware Emerging Mkts Fd I (DEMIX) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 15. Fidelity Advisor Biotechnology Fund (FBTIX) | | None | J | T | | | | | |
| 16. Franklin Intl Small Cap (FKSCX) | A | Dividend | J | T | | | | | |
| 17. FRT TRT VAL INDX (FVD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Guggenheim S&P 500 Equal Weight Technology ETF (RYT) | A | Dividend | | | Sold | 03/10/17 | J | B | |
| 19. Guggenheim Macro Opps Fund I (GIOIX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 20. | | | | | Sold (part) | 08/21/17 | J | A | |
| 21. Ishares Edge MSCI | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 22. Ishares US Helathcare (IYH) | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 23. John Hancock Intl Growth Fund (GOGIX) | A | Dividend | J | T | Sold (part) | 08/07/17 | J | A | |
| 24. | | | | | Sold (part) | 08/21/17 | J | A | |
| 25. Kayne Anderson MLP (KYN) | A | Dividend | J | T | | | | | |
| 26. Lazard Glbl Lstd Infrastructure Port I (GLIFX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 27. Loomis Sayles Sr Fl (LSFYX) (formerly Loomis Sayles Strategic (NEZYK)) | A | Dividend | J | T | Sold (part) | 04/26/17 | J | A | |
| 28. | | | | | Sold (part) | 08/07/17 | J | A | |
| 29. Lord Abbett Short Duration Income Fd (LDLFX) | A | Dividend | J | T | | | | | |
| 30. MFS Emerging Markets Debt Fd (MEDIX) | A | Dividend | J | T | | | | | |
| 31. Nuveen Short Duration Credit Opportunities Fund (JSD) | A | Dividend | J | T | | | | | |
| 32. Pimco All Asset Fund CL P (PALPX) | A | Dividend | J | T | Sold (part) | 03/10/17 | J | A | |
| 33. Pimco Income Fund (PONPX) | A | Dividend | J | T | Sold (part) | 03/10/17 | J | | |
| 34. | | | | | Sold (part) | 04/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Investment Grade Corp Bd P (PBDPX) | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 36. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 37. Powershares Aerospace and Defense (PPA) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 38. Primecap Odyssey Growth Fund (POGRX) | A | Dividend | J | T | | | | | |
| 39. SEI Global Managed Vol Fd Y (SGLYX) | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 40. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 41. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | | | Sold | 03/10/17 | J | B | |
| 42. T Rowe Price Capital Appreciation Fd Retail (PRWCX) | A | Dividend | J | T | | | | | |
| 43. T Rowe Price Global Tech Fd (PRGTX) | | None | J | T | Buy | 03/10/17 | J | | |
| 44. T Rowe Price Health Sciences Ret (PRHSX) | | None | J | T | Buy | 03/10/17 | J | | |
| 45. TCW Total Return Bond Fd (TGLMX) | A | Dividend | | | Sold | 03/10/17 | J | | |
| 46. The Oakmark Intl Fund (OAKIX) | A | Dividend | J | T | Sold (part) | 08/07/17 | J | A | |
| 47. | | | | | Sold (part) | 08/21/17 | J | | |
| 48. Thornburg Global Opportunities Fund CL I (THOIX) | A | Dividend | J | T | Sold (part) | 03/10/17 | J | A | |
| 49. | | | | | Sold (part) | 08/07/17 | J | A | |
| 50. Victoryshares US 500 Vol Wtd (CFA) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 51. | | | | | Buy (add'l) | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Victory Sycamore Established Value Fund (VEVYX) | A | Dividend | J | T | | | | | |
| 53. Western Asset/Claymore Inflation Linked Opps (WIW) | | None | | | Buy | 03/10/17 | J | | |
| 54. | | | | | Sold | 08/22/17 | J | A | |
| 55. Brokerage Account #2 (H) | | | | | | | | | |
| 56. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 57. AIG Focused Div Strat (FDSWX) (formerly SunAmerica Foc Div Strat) | A | Dividend | J | T | | | | | |
| 58. AQR Long Short Equity Fd I (QLEIX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 59. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 60. Baron Real Estate Fund (BREFX) | | None | J | T | | | | | |
| 61. Blackrock Strategic Muni Opportunities Fund Instl (MAMTX) | A | Dividend | J | T | | | | | |
| 62. Boston Partners Global Long Short Fund INSTL CL (BGLSX) | A | Dividend | J | T | | | | | |
| 63. Boston Partners Long / Short Equity Fd Instl (BPLSX) | A | Dividend | J | T | | | | | |
| 64. Congress Midcap Growth Fund INSTL Class (IMIDX) | A | Dividend | J | T | | | | | |
| 65. Delaware National High Yield Muni Bond (DVHIX) | A | Dividend | J | T | | | | | |
| 66. Delaware Emerging Mkts Fd Instl (DEMIX) | A | Distribution | J | T | Buy | 04/26/17 | J | | |
| 67. Fidelity Advisor Biotech Fd I (FBTIX) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 68. Franklin Intl Small Cap (FKSCX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FRT TRT Val Indx (FVD) | A | Dividend | J | T | | | | | |
| 70. Guggenheim S&P 500 Equal Weight Technology ETF (RYT) | A | Dividend | J | T | | | | | |
| 71. Ishares Edge MSCI (EFAV) | | None | | | Sold | 03/10/17 | J | A | |
| 72. Ishares Nasdaq Biotech (IBB) | A | Distribution | | | Sold | 04/26/17 | J | A | |
| 73. Ishares S&P Mid-Cap 400 (IJH) | A | Distribution | J | T | | | | | |
| 74. Ishares US Healthcare (IYH) | A | Distribution | J | T | | | | | |
| 75. John Hancock Intl Growth Fund (GOGIX) | A | Dividend | J | T | | | | | |
| 76. Kayne Anderson MLP (KYN) | A | Dividend | J | T | | | | | |
| 77. Lazard Glbl Lstd Infrastructure Port I (GLIFX) | | None | J | T | Buy | 04/26/17 | J | | |
| 78. Lord Abbett Intermediate (LISFX) | A | Dividend | | | Sold | 03/10/17 | J | | |
| 79. MFS MUNI Limited Maturity FD CL I (MTLIX) | A | Dividend | | | Sold | 03/10/17 | J | | |
| 80. Nuveen Real Asset Income Fund (NRIAX) | A | Dividend | | | Sold | 04/26/17 | J | A | |
| 81. Nuveen Short Duration Hi Yld Muni Bd Fd (NVHIX) | A | Dividend | J | T | | | | | |
| 82. Primecap Odyssey Growth Fund CL (POGRX) | A | Dividend | J | T | | | | | |
| 83. Powershares Aerospace and Defense (PPA) (X) | A | Dividend | J | T | | | | | |
| 84. SEI Global Mgd Volatility Fund Y (SGLYX) | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 85. T Rowe Price Capital Appreciation Fd Retail (PRWCX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. The Oakmark Intl Fund (OAKIX) (Y) | | | | | | | | | |
| 87. The Oakmark Select Fund (OAKLX) | A | Dividend | J | T | | | | | |
| 88. Thornburg Global Opportunities Fund CL 1 (THOIX) (Y) | | | | | | | | | |
| 89. Victoryshares US 500 Vol Wtd ETF (CFA) | A | Dividend | | | Buy | 03/10/17 | J | | |
| 90. | | | | | Sold | 04/26/17 | J | A | |
| 91. Wells Fargo Strategic Muni Bd Fd I (STRIX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 92. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 93. Wells Fargo Muni Bond Fd I (WMBIX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 94. Brokerage Account #3 (H) | | | | | | | | | |
| 95. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 96. AIG Focused Div Strat (FDSWX) (formerly SunAmerica Foc Div Strat) | A | Dividend | J | T | Buy (add'l) | 06/28/17 | J | | |
| 97. AQR Long Short Equity Fund I (QLEIX) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 98. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 99. Baron Real Estate Fund (BREIX) | A | Dividend | J | T | | | | | |
| 100. Blackrock Strategic Muni Opportunities Fund Instl (MAMTX) | A | Dividend | J | T | Sold (part) | 03/10/17 | J | | |
| 101. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 102. Boston Partners Global Long Short Fund (BGLSX) | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Boston Partners Long / Short Equity Fd Instl (BPLSX) | | None | J | T | | | | | |
| 104. Boston Partners Long Short Research Fund (BPIRX) | | None | | | Sold | 01/04/17 | J | A | |
| 105. Columbia Absolute Return (RARAX) | | None | | | Sold | 01/31/17 | J | A | |
| 106. Columbia Balanced Fund (CBLAX) | | None | | | Sold | 03/10/17 | J | A | |
| 107. Fidelity Advisor Biotechnology Fd (FBTIX) | | None | J | T | Sold | 03/10/17 | J | | |
| 108. | | | | | Buy | 04/26/17 | J | | |
| 109. Guggenheim Macro Opps Fund Instl (GIOIX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 110. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 111. Hartford Mut Fds Inc Bal Inc Fd I (HBLAX) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 112. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 113. Ishares US Consumer Goods EFT (IYK) | A | Dividend | J | T | | | | | |
| 114. Ishares US Healthcare (IYH) | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 115. Kayne Anderson MLP (KYN) | A | Dividend | J | T | | | | | |
| 116. Loomis Sayles Sr Fl (LSFYX) (formerly Loomis Sayles Strategic (NEZYK)) | A | Dividend | | | Sold | 08/07/17 | J | A | |
| 117. Lord Abbett Short Duration Income Fd (LDLFX) | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |
| 118. MFS Diversified Income Fund (DIFIX) | A | Dividend | J | T | Sold (part) | 08/21/17 | J | | |
| 119. Nuveen Real Asset Income Fund (NRIIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nuveen Short Duration Credit Opps Fd (JSD) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 121. Pimco All Asset Fund (PASAX) | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |
| 122. Pimco Foreign Bond Fd (PFBPX) | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |
| 123. Pimco Income Fund (PONPX) | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |
| 124. Pimco Investment Grade Corp Bond Fd P (PBDAX) | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 125. Primecap Odyssey Growth Fund (POGRX) | A | Dividend | J | T | | | | | |
| 126. SEI Global Mgd Vol Fd Y (SVOAX) (X) | A | Dividend | J | T | | | | | |
| 127. T. Rowe Price Capital Appreciation Fd Retail (PRWCX) | A | Dividend | J | T | | | | | |
| 128. T Rowe Price Health Sciences Fd (PRHSX) | | None | J | T | Buy | 03/10/17 | J | | |
| 129. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 130. TCW Total Return Bond Fd (TGLMX) | A | Dividend | J | T | Sold (part) | 03/10/17 | J | | |
| 131. The Oakmark Intl Fund (OAKIX) (Y) | | | | | | | | | |
| 132. Thornburg Global Oppoertunities Fund (THOAX) (Y) | | | | | | | | | |
| 133. Western Asset Claymore Inflation Linked Opp (WIW) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 134. Brokerage Account #4 (H) | | | | | | | | | |
| 135. TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 136. Apple Inc Stock (AAPL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nathan, Alison J. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Retirement Plan #1 (H) | | | | | | | | | |
| 138.  Vanguard Target Retirement 2040 (VFORX) | D | Dividend | N | T | | | | | |
| 139.  Vanguard Target Retirement 2020 (VTWNX) | C | Dividend | M | T | | | | | |
| 140.  Vanguard FTSE Social Index (VFTSX) | B | Dividend | M | T | | | | | |
| 141.  NY 529 (H) | | | | | | | | | |
| 142.  J.P Morgan Moderate Growth Age-Based Portfolio C | | None | K | T | | | | | |
| 143.  NextGen 529 (H) | | | | | | | | | |
| 144.  Next Gen Blackrock Age 0-7 Years Portfolio C | | None | | | Sold | 07/24/17 | J | | |
| 145.  NextGen Blackrock 8-10 Yrs Portfolio C | | None | K | T | Buy | 07/24/17 | J | | |
| 146.  NextGen Franklin Templeton Age 0-8 Years Portfolio C | | None | K | T | | | | | |
| 147.  MFS Age 6-10 Yrs Class C (X) | | None | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Nathan, Alison J. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544